IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL FLORY,                          :          CIVIL ACTION
    Plaintiff,                         :
                                       :
                                       :
    v.                                 :
                                       :          NO. 2:13-cv-05724
CAROLYN W. COLVIN,                     :
Commissioner of the                    :
Social Security Administration,        :
    Defendant.                         :

FILED

JAN 16 2015

## ORDER

**AND NOW**, this 16th day of January, 2015, upon careful and independent

consideration of the administrative record, the brief in support of review filed by Plaintiff,

Defendant's response thereto, and Plaintiff's reply thereto (Doc. Nos. 13, 14, & 15), and after review

of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is

hereby **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

    2.    Plaintiff's request for review is **GRANTED** to the extent that the matter is

**REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with the Magistrate Judge's Report; and

    3.    The decision of the Commissioner is **REVERSED** for the purposes of this remand

only.

BY THE COURT:

R. BARCLAY SURRICK,          J.